UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

---

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Cr. No. <u>06-203132-M1</u> |
| | ) | |
| RONALD YANCEY a/k/a | ) | |
| TYRONE TAYLOR, | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

<u>Camille R. McMullen, AUSA</u> applies to the Court for a Writ to have <u>Ronald Yancey a/k/a Tyrone Taylor, #077055541</u> now being detained in the <u>Dade County Correctional Facility, 1312 NW 13th Street, Miami, FLorida</u> appear before <u>Honorable Jon P. McCalla</u> on <u>20th, August, 2007,</u> at <u>9:00 a.m.</u> for a <u>Report Date</u> and for such other appearances as this Court may direct.

Respectfully submitted this <u>20th</u> day of <u>July, 2007</u>.

s/CAMILLE R. McMULLEN<br>
CAMILLE R. MCMULLEN<br>
Assistant U. S. Attorney

---

Upon consideration of the foregoing Application,

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN, <u>Mark Luttrell</u>

YOU ARE HEREBY COMMANDED to have <u>Ronald Yancey a/k/a Tyrone Taylor, #077055541</u> appear before the Honorable <u>Judge McCalla</u> at the date and time aforementioned.

ENTERED this 24th day of July, 2007.

S/James H. Allen<br>
UNITED STATES MAGISTRATE JUDGE