UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                                               ) | Cr. No. <u>06-20313/-M1</u> |
| ) | |
| TYRONE TAYLOR a/k/a                ) | |
| RONALD YANCEY,                        ) | |

<u>APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM</u>

<u>Camille R. McMullen, AUSA</u> applies to the Court for a Writ to have <u>Tyrone Taylor a/k/a Ronald Yancey, #077055541</u> now being detained in the <u>Dade County Correctional Facility, 1312 NW 13th Street, Miami, FLorida</u> appear before <u>Honorable Jon P. McCalla</u> on <u>20th</u>, <u>August, 2007,</u> at <u>9:00 a.m.</u> for a <u>Report Date</u> and for such other appearances as this Court may direct.

Respectfully submitted this <u>20th</u> day of <u>July</u>, <u>2007</u>.

             s/CAMILLE R. McMULLEN
             CAMILLE R. MCMULLEN
             Assistant U. S. Attorney

Upon consideration of the foregoing Application,

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN, <u>Mark Luttrell</u>

YOU ARE HEREBY COMMANDED to have <u>Tyrone Taylor a/k/a Ronald Yancey, #077055541</u> appear before the Honorable <u>Judge McCalla</u> at the date and time aforementioned.

ENTERED this 24th day of July, 2007.

             S/James H. Allen
             UNITED STATES MAGISTRATE JUDGE